IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

(Baltimore Division)

In Re:

| | | |
|---|---|---|
| WILLIAM RAY MILLER<br>a/k/a RAY MILLER | )<br>) | Case No: 00-6-1758-JS<br>Chapter 7 |
| Debtor | )<br>)<br>)<br>) | |
| _____ | ) | |
| CIGNA INSURANCE COMPANY, and<br>INSURANCE COMPANY OF NORTH<br>AMERICA,<br>CENTURY INDEMNITY COMPANY,<br>CIGNA FIRE UNDERWRITERS<br>INSURANCE COMPANY,<br>INDEMNITY INSURANCE COMPANY<br>OF NORTH AMERICA,<br>PACIFIC EMPLOYERS INSURANCE<br>COMPANY,<br>BANKERS STANDARD INSURANCE<br>COMPANY | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Plaintiffs | )<br>) | |
| vs. | )<br>) | Adversary Proceeding<br>Number: 01-5344-jfs |
| WILLIAM RAY MILLER<br>a/k/a RAY MILLER | )<br>)<br>) | |
| Defendant | )<br>) | |

**APPELLANT, WILLIAM RAY MILLER'S
DESIGNATION OF THE RECORD AND
STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

Comes now the Appellant (Debtor/Defendant), William Ray Miller, II, by and

through his attorneys, James R. Schraf and Lipshultz and Hone, Chartered, and, pursuant to

Bankruptcy Rule 8006 and Local Rule 403, files this designation of the record on appeal and statement of issues to be presented.

**A.     STATEMENT OF ISSUES PRESENTED ON APPEAL**

1.      Whether the Bankruptcy Court erred in granting the Plaintiff's Motion for Summary Judgment and finding the Appellant's debt non-dischargeable under 11 U.S.C. § 523(a)(2)(A), (a)(4), and (a)(6).

**B.     APPELLANT'S DESIGNATION OF THE RECORD**

The Appellant designates the following for inclusion in the record on appeal:

| Designation #: | Docket #: | Docket Entry: | Filed: |
| --- | --- | --- | --- |
| 1 | 1 | Complaint (01-5344) CIGNA Insurance Company v. William Ray Miller. (NOS 426 Dichargeability 523) | 07/16/2001 |
| 2 | 3 | Answer to Complaint by Defendant, William Ray Miller | 08/09/2001 |
| 3 | 10 | Motion by Plaintiff Bankers Standard Insurance Company, Plaintiff Pacific Employers Insurance Company, Plaintiff Indemnity Insurance Company of North, Plaintiff CIGNA Property and Casualty Insurance, Plaintiff, CIGNA Fire Underwriters Insurance Co., Plaintiff Century Indemnity Company, Plaintiff Insurance Company of North America, Plaintiff, CIGNA Insurance Company for Summary Judgment | 02/15/2002 |

| 4 | 11 | Memorandum of Law in Support of [10-1] Motion for Summary Judgment by CIGNA Insurance Company, Insurance Company of North Century Indemnity Company, CIGNA Fire Underwriters Co., CIGNA Property and Casualty Insurance, Indemnity Insurance Company of North, Pacific Employers Insurance Company, Bankers Standard Insurance Company | 02/15/2002 |
| --- | --- | --- | --- |
| 5 | 12 | Opposition by Defendant, William Ray Miller to [10-1] Motion for Summary Judgment by CIGNA Insurance Company, Insurance Company of North America, Century Indemnity Company, CIGNA Fire Underwriters Insurance Co., CIGNA Property and Casualty Insurance, Indemnity Insurance Company of North, Pacific Employers Insurance Company, Bankers Standard Insurance Company. | 03/18/2002 |
| 6 | 15 | Supplemental Memorandum of Points and Authorities by Defendant, William Ray Miller in Support of [12-1] Opposition to Plaintiffs' Motion for Summary Judgment by William Ray Miller. | 05/15/2002 |
| 7 | 17 | List of Exhibits Filed by Defendant, William Ray Miller RE: [1-1] Complaint Nos. 426 Dischargeability 523. | 05/15/2002 |
| 8 | 18 | List of Exhibits, It's Supplemental Memorandum of Points and Authorities in Support of the Opposition of Defendant to Plaintiffs' Motion for Summary Judgment filed by Defendant William Ray Miller Re: [1-1] Complaint NOS 426 Dischargeability 523. | 05/15/2002 |

| 9 | 20 | Memorandum of Opinion Granting Plaintiffs' Motion for Summary Judgment and Determining Debts to be Nondischargeable (related document(s) [10] Motion for Summary Judgment filed by Plaintiff Insurance Company of North America, Plaintiff Century Indemnity Company, Plaintiff America, Plaintiff Pacific Employers Insurance Company, Plaintiff Bankers Standard Insurance Company, Plaintiff CIGNA Insurance Company, Plaintiff CIGNA Fire Underwriters Insurance Co., Plaintiff CIGNA Property and Casualty Insurance). | 12/31/2003 |
| 10 | 25 | Notice of Appeal filed by William Ray Miller (related document(s) Order on Motion for Summary Judgment). | 01/09/2004 |

Date: January 19, 2004         /s/ James R. Schraf, Esquire
                               James R. Schraf  #03470
                               LIPSHULTZ AND HONE, CHARTERED
                               Suite 108 - Montgomery Center
                               8630 Fenton Street
                               Silver Spring, Maryland 20910
                               (301) 587-8500
                               Attorney for Debtor/Defendant, William Ray Miller, II

Copies to:

Stephen F. Fruin, Esquire
Kim Y. Johnson, Esquire
Whiteford, Taylor & Preston, LLP
7 Saint Paul Street
Suite 1400
Baltimore, Maryland  21202
Attorneys for the Plaintiffs, The CIGNA Companies

Richard H. Gins, Esquire
Gins & Greenfeld
5028 Wisconsin Avenue, N.W.
Suite 300
Washington, D.C.   20016
Attorney for the Debtor, William Ray Miller, II

Charles R. Goldstein, Esquire
2 North Charles Street
Suite 400
Baltimore, Maryland  21201

Office of the U.S. Trustee
300 West Pratt Street
Suite 350
Baltimore, Maryland  21201